The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY VIKLUND, individually and on behalf of her minor child, T. V., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, LATIA RAY, KIMBERLY ATCHLEY, DAN SCHNEIDER, JENNIFER STRUS, and DEFENDANTS JANE DOES I-IX, <br><br> Defendants. | No. 2:18-cv-00240-RAJ <br><br> UNOPPOSED MOTION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM FOR MINOR CHILD, T.V. <br><br> Noted for June 19, 2019 |

Plaintiffs hereby move the Court, under Fed. R. Civ. R. 17, for an order appointing a settlement guardian ad litem to investigate the adequacy of the settlement offered to Plaintiff T.V., a minor, in this action. Defendants, Washington State Department of Social and Health Services, Latia Ray, Kimberly Atchley, Dan Schneider, and Jennifer Strus, do not oppose this appointment.

A guardian ad litem is requested for T.V., pursuant to LCR 17(c), to investigate the adequacy of the offered settlement and report thereon. It is proposed the following individual be appointed to serve as guardian ad litem for T.V.:

UNOPPOSED MOTION FOR APPOINTMENT OF
SETTLEMENT GAL FOR MINOR CHILD, T.V.
NO. 2:18-cv-00240-RAJ – Page 1

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

Jo-Hanna Read, a member of the Washington bar, with offices at 2200 Sixth Ave., Suite 1250, Seattle, WA 98121, telephone 206-441-1980.

Ms. Read is well-qualified to serve as guardian ad litem, and has agreed to do so. Attached to this motion is Ms. Read's curriculum vitae.

Respectfully submitted this 19th day of June, 2019.

YARMUTH LLP

By: *s/Molly A. Terwilliger*
Molly A. Terwilliger, WSBA No. 28449
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Email: mterwilliger@yarmuth.com

LEGAL VOICE

By: *s/Kim Clark*
Kim Clark, WSBA No. 51644
907 Pine Street, Suite 500
Seattle, WA 98101
Phone: 206.682.9552
Email: kclark@legalvoice.org

*Attorneys for Plaintiffs*

UNOPPOSED MOTION FOR APPOINTMENT OF
SETTLEMENT GAL FOR MINOR CHILD, T.V.
NO. 2:18-cv-00240-RAJ – Page 2

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

[PROPOSED] **ORDER**

IT IS SO ORDERED.

DATED: 7/11, 2019.

_____
THE HONORABLE RICHARD A. JONES
United States District Judge

UNOPPOSED MOTION FOR APPOINTMENT OF
SETTLEMENT GAL FOR MINOR CHILD, T.V.
NO. 2:18-cv-00240-RAJ – Page 3

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888