The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMY VIKLUND, individually and on behalf of her minor child, T. V.,<br><br>           Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, LATIA RAY, KIMBERLY ATCHLEY, DAN SCHNEIDER, JENNIFER STRUS, and DEFENDANTS JANE DOES I-IX,<br><br>           Defendants. | No. 2:18-cv-00240-RAJ<br><br>**~~PROPOSED~~ ORDER APPROVING SETTLEMENT** |

The Court GRANTS Plaintiffs' Motion for Approval of Minor Settlement on Behalf of Minor Child, T.V., as follows:

1. The proposed settlement as set forth in the Motion for Approval of Minor Settlement is approved;

2. The Guardian Ad Litem or T.V.'s parent, Amy Viklund, is authorized to execute releases of T.V.'s claim upon payment by Defendants into plaintiffs' counsel's trust account the sum of $94,200.00;

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

3. The costs and attorney fees incurred herein are found to be reasonable and approved as follows:
   a. Attorney fees: $12,000.00
   b. Costs: $4,285.62
4. The Settlement Guardian Ad Litem's fees and costs in the amount of $3,325.00 are found to be reasonable and are approved, to be paid from the settlement proceeds.
5. Plaintiffs' attorney is authorized to establish a Self-Settled Individual Trust Account through the Arc Washington State Developmental Disabilities Endowment Trust Fund (the "Trust Fund") on behalf of Plaintiff T.V.
6. The Trust Fund's enrollment fee in the amount of $600.00 shall be paid from the settlement funds. The net settlement ($73,989.38) shall be paid to the Trust Fund and held in the individual trust account for Plaintiff T.V.
7. Plaintiffs' attorney is authorized to assist Plaintiff Amy Viklund in completing the necessary paperwork to establish the individual trust account on behalf of Plaintiff T.V.
8. The Court approves of the deposit of trust funds for the benefit of the Plaintiff to be administered in accordance with the terms of the Developmental Disabilities Endowment Fund Amended and Restated Trust II Agreement dated December 2, 2010. A copy of said Agreement has been previously provided herein as an attachment to the Report of the Settlement Guardian ad Litem filed on September 16, 2019.

PROPOSED ORDER
NO. 2:18-cv-00240-RAJ – Page 2

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

9. The Trust Fund is authorized to charge fees for administration of the individual trust account pursuant to its schedule of fees and is authorized to take payment of fees against the individual trust account.

10. The Trustee of the individual trust account shall not be required to furnish any bond for the performance of the Trustee's duties.

11. Plaintiffs' attorney shall file a Receipt of Trustee acknowledging the receipt of the remaining settlement amount of $73,989.38 into an individual trust account through the Arc Washington State Developmental Disabilities Endowment Trust Fund within sixty (60) days of this Order.

12. The Settlement Guardian Ad Litem is discharged upon completion of the requirements stated above.

Dated this 21st day of October, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER
NO. 2:18-cv-00240-RAJ – Page 3

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888