The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY VIKLUND, individually and on behalf of her minor child, T. V.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, LATIA RAY, KIMBERLY ATCHLEY, DAN SCHNEIDER, JENNIFER STRUS, and DEFENDANTS JANE DOES I-IX,<br><br>Defendants. | No. 2:18-cv-00240-RAJ<br><br>**~~PROPOSED~~ UNOPPOSED MOTION AND ORDER TO APPROVE GAL RECOMMENDATION RE PRELIMINARY DISBURSEMENT OF SETTLEMENT FUND**<br><br>**Noted for Consideration: January 24, 2020 per LCR 7(d)(1)** |

Plaintiffs respectfully request that the Court modify the Order Approving Settlement, Dkt. No. 35, to authorize a preliminary distribution to address Plaintiff T.V.'s immediate needs. This request is supported by the Supplemental Report of the Settlement Guardian Ad Litem, Jo-Hanna Read, attached hereto as Exhibit A. As explained in Ms. Read's Supplemental Report, the Settlement Funds have not yet been disbursed, due to delays in setting up T.V.'s Self-Settled Individual Trust Account through the ARC Washington State Developmental Disabilities Endowment Trust Fund. We believe that

these hurdles have now been overcome, and that the Trust Account will be open to receive the settlement proceeds in the very near future.

In the meantime, however, the Guardian Ad Litem has identified several items that T.V. needs immediately (including new glasses), and recommends that there be a preliminary distribution to T.V. in the amount of $4,500. The balance of the settlement amount, $69,489.38, will be deposited into T.V.'s trust account as soon as the account has been opened.

Defendants do not oppose this Motion.

**~~PROPOSED~~ ORDER**

IT IS SO ORDERED.

Dated this the 23rd of March, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge